1200

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v EVERETT M. DURANT, Appellant.

Submitted January 12, 2015; decided February 12, 2015

Motion to vacate this Court's December 8, 2014 preclusion order granted.

Judges STEIN and FAHEY taking no part.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v HOSSAM ELFEKE, Appellant.

Submitted January 20, 2015; decided February 12, 2015

Motion for an extension of the time within which to apply for permission to appeal pursuant to CPL 460.20 granted and motion papers treated as a timely CPL 460.20 application.

Judges STEIN and FAHEY taking no part.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ARTHUR FRAZIER, Also Known as TROY VALENTINE, Also Known as RAY WILLIAMS, Also Known as BUTCHIE KETCHUM, Appellant.

Submitted February 2, 2015; decided February 12, 2015

Motion for an extension of the time within which to apply for permission to appeal pursuant to CPL 460.20 dismissed upon the ground that no application for leave to appeal pursuant to CPL 460.20 will lie from an order of a single Justice of the Appellate Division denying leave to appeal to that Court pursuant to CPL 460.15.

Judges STEIN and FAHEY taking no part.